FELDMAN, J.
APRIL 16, 2009

                UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LE MY | * | CIVIL ACTION |
| VERSUS | * | NO. 08-3254 |
| EXPERT OIL AND GAS, LLC | * | SECTION "F" |

    It having come to the Court's attention that the below cases are related to the above case.

      Phuc Hong Vu v. Expert Oil Expert Oil and Gas, LLC (Case No. 2:08-CV-3269);

      Le Que v. Expert Oil Expert Oil and Gas, LLC (Case No. 2:08-CV-3255);

      Le Tung v. Expert Oil Expert Oil and Gas, LLC (Case No. 2:08-CV-3348);

      Luong, Thu v. Expert Oil Expert Oil and Gas, LLC (Case No. 2:08-CV-3341);

      Luong, Johnny v. Expert Oil Expert Oil and Gas, LLC (Case No. 2:08-CV-3340);

      Van Cuong Nguyen v. Expert Oil Expert Oil and Gas, LLC (Case No. 2:08-CV-3282);

      Cuong Van Nguyen v. Expert Oil Expert Oil and Gas, LLC (Case No. 2:08-CV-3336);

      Duc Nguyen v. Expert Oil Expert Oil and Gas, LLC (Case No. 2:08-CV-3339)

      Henry Nguyen v. Expert Oil Expert Oil and Gas, LLC (Case No. 2:08-CV-3343)

      IT IS ORDERED that the above matters are consolidated and grouped as Flight 18.

    Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases

within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case to file such designation and copies of the documents.

